AO 450 Judgment in a Civil Case

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Cirilio Castro-Hernandez

             V.                        **JUDGMENT IN A CIVIL CASE**

United States of America

                                        CASE NUMBER:   12cv1989-LAB

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Plaintiff's Motion to Vacate Sentence Under 28 USC 2255 is denied. Collateral attack was therefore waived.

| August 20, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                                           S/   J. Haslam
                                                          (By) Deputy Clerk

                                                           ENTERED ON August 20, 2012